WHITCHER, Appellant, v. FOOTE et al. Respondents.

(128 N. W. 1022.)

**Appeal—Dismissal of Appeal—Abandonment—Brief.**

> No brief having been filed by appellant, and no stipulation of counsel or order of court extending time for serving and filing brief, and no appearance having been made by either party on the date when the case was set for oral argument, the appeal is **held** abandoned, and judgment of trial court affirmed.

(Opinion filed December 13, 1910.)

Appeal from Circuit Court, Hyde County. Hon. LYMAN T. BOUCHER, Judge.

Action by Lewis E. Whitcher against B. A. Foote, as administrator, and others. From a judgment for defendants, plaintiff appeals. Appeal dismissed and judgment below affirmed.

*L. E. Whitcher,* in pro. per., Appellant.

*M. C. Cunningham,* for Respondents.

No brief was filed by either party upon this appeal.

WHITING, P. J. February 7, 1910, the appeal herein was taken. Under the rules of this court then in force, the appelant's abstract and brief should have been filed in this court before the opening day of the April, 1910, term of this court. The abstract was filed upon March 17, 1910; but no brief has been filed by appellant. There appears on file no stipulation extending time for serving and filing brief, and no order has ever been entered extending such time. This cause was placed on the October, 1910, term calendar of this court, and set for oral argument on November 17, 1910. No appearance was made by either party upon the date so set for argument.

The appeal herein having been by appellant wholly abandoned, the judgment of the trial court is affirmed.